**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R,R,M & C PARTNERS, L.L.C., BY AND THROUGH R,R,M & C GROUP, L.P., A NOTICE PARTNER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 06-409T** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Thomas M. Herrin, as attorney of record for the United States of America, in substitution of David R. House.

Service of all papers and notices should be addressed as follows:

THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

Respectfully Submitted,

/s/ Thomas M. Herrin
THOMAS M. HERRIN
State Bar No. Texas 09533500
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9745
(214) 880-9741 (FAX)

ATTORNEY FOR THE UNITED STATES