# In the United States Court of Federal Claims

No. 06-409 T

(E-Filed: November 7, 2006)

| | |
|---|---|
| R,R,M & C PARTNERS, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court will hold a telephonic status conference on Monday, November 13, 2006 at 10:00 a.m. EST. A Sprint operator will initiate the telephone call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge