# In the United States Court of Federal Claims

No. 06-409 T

(E-Filed: November 13, 2006)

| | |
|---|---|
| R,R,M & C PARTNERS, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Joint Preliminary Status Report (JPSR) filed on November 6, 2006. The court held a telephonic status conference with the parties on November 13, 2006. Further to the status conference, the court ORDERS the following:

1. Amended Pleadings. Plaintiff shall file amended pleadings on or before Monday, April 16, 2007.

2. Fact Discovery. The parties shall complete fact discovery on or before Wednesday, August 1, 2007.

3. Expert Reports. The parties shall exchange expert reports on or before Monday, October 1, 2007.

4. Expert Discovery. The parties shall complete expert discovery on or before Thursday, November 1, 2007.

5. Dispositive Motions. Dispositive motions shall be filed on or before Monday, December 17, 2007. The parties shall have up to and including 35 days after the filing date of dispositive motions to submit their responses.

The parties shall have up to and including 14 days after the filing date of responses to submit their replies.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge